

February 26, 2026

Lyle W. Cayce, Clerk
United States Fifth Circuit Court of Appeals
600 S. Maestri Place
New Orleans, LA 70130

**Re:** *Giroir v. LeBlanc*, **No. 25–30644**

Dear Mr. Cayce,

The Appellees request a level one extension of 30 days in which to file the Appellee's Brief on Appeal, which is currently due on Friday, March 6, 2026, and will instead be due on Monday, April 6, 2026.

This extension is requested because of counsel's obligations in other cases, including trial in *VOTE, et al., v. Leblanc*, No. 23–1304 (M.D.La.), depositions in *Melock v. Waukegan, et al.,* No. 24–12679 (N.D. Ill.), oral argument before this Court in *Banner v. Wright*, No. 25–30381, on March 4, and an appellate brief due in this Court in *Brown v. Burmaster*, No. 25–30541, due March 5.

Counsel for the Appellant does not oppose this request.

Sincerely,

/s/ Cecelia Trenticosta Kappel
Counsel for Plaintiffs-Appellees

**THE PROMISE OF JUSTICE INITIATIVE**

1024 Elysian Fields Avenue, New Orleans, LA 70117

promiseofjustice.org | Tel: (504) 529-5955 | Fax: (504) 595-8006