# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

May 22, 2026

No. 25-30644　Giroir v. LeBlanc
USDC No. 3:20-CV-233
USDC No. 3:21-CV-108
USDC No. 3:20-CV-233

Dear Counsel:

This case and 26-30301 have been consolidated by the court. Parties may refer by reference to the briefing already filed in 25-30644 and other cases consolidated with it, and should supplement the briefing in 25-90028 only as necessary. Federal Rule of Appellate Procedure 28(i) provides that "[i]n a case involving more than one appellant or appellee, including consolidated cases, . . . any party may adopt by reference a part of another's brief." Fed. R. App. P. 28(i) (emphasis added).

　　　　　　　　　　Sincerely,

　　　　　　　　　　LYLE W. CAYCE, Clerk

　　　　　　　　　　By: _Rebecca Andry_____
　　　　　　　　　　Rebecca Andry, Deputy Clerk
　　　　　　　　　　504-310-7638

cc:
　　Mr. Jorge Benjamin Aguinaga
　　Mr. Michael Allen
　　Ms. Elizabeth Lauren Brown
　　Ms. Morgan Brungard
　　Ms. Cecelia Trenticosta Kappel
　　Mr. William Brock Most
　　Ms. Samantha Bosalavage Pourciau

P.S. to Counsel: A revised copy of the caption is enclosed for future filings.

_____

Case No. 25-30644

_____

Joel Giroir, on behalf of himself and all similarly situated individuals,

Plaintiff - Appellee

v.

James M. LeBlanc, Secretary, Department of Public Safety and Corrections; Louisiana Department of Public Safety and Corrections,

Defendants - Appellants

consolidated with

_____

No. 26-30301

_____

Brian Humphrey, on behalf of himself and all similarly situated individuals; Joel Giroir, on behalf of themselves and all similarly situated individuals; Bryant White, on behalf of themselves and all similarly situated individuals,

Plaintiffs - Appellees

v.

James M. LeBlanc, Secretary, Department of Public Safety and Corrections, in his official capacity as Secretary of the Louisiana Department of Public Safety & Corrections,

Defendant - Appellant

_____

Case No. 25-30644

_____

Joel Giroir, on behalf of himself and all similarly situated individuals,

Plaintiff - Appellee

v.

James M. LeBlanc, Secretary, Department of Public Safety and Corrections; Louisiana Department of Public Safety and Corrections,

Defendants - Appellants

consolidated with

_____

No. 26-30301

_____

Brian Humphrey, on behalf of himself and all similarly situated individuals; Joel Giroir, on behalf of themselves and all similarly situated individuals; Bryant White, on behalf of themselves and all similarly situated individuals,

Plaintiffs - Appellees

v.

James M. LeBlanc, Secretary, Department of Public Safety and Corrections, in his official capacity as Secretary of the Louisiana Department of Public Safety & Corrections,

Defendant - Appellant