# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

July 14, 2026

Mr. Jorge Benjamin Aguinaga
Louisiana Department of Justice
1885 N. 3rd Street
Baton Rouge, LA 70802

Mr. Michael Allen
Promise of Justice Initiative
1024 Elysian Fields Avenue
New Orleans, LA 70117

Mr. Andrew Blanchfield
Keogh, Cox & Wilson, Limited
701 Main Street
Baton Rouge, LA 70802-5527

Ms. Elizabeth Lauren Brown
Louisiana Department of Justice
Office of the Attorney General
1885 N. 3rd Street
Baton Rouge, LA 70802

Ms. Morgan Brungard
Louisiana Department of Justice
Office of the Attorney General
P.O. Box 94005
Baton Rouge, LA 70804

Ms. Cecelia Trenticosta Kappel
Promise of Justice Initiative
1024 Elysian Fields Avenue
Campus Box 907
New Orleans, LA 70117

Mr. William Brock Most
Most & Associates
201 Saint Charles Avenue
Suite 2500, No. 9685
New Orleans, LA 70170

Ms. Samantha Bosalavage Pourciau

Promise of Justice Initiative
1024 Elysian Fields Avenue
New Orleans, LA 70117

       No. 25-30644   Giroir v. Westcott
                      USDC No. 3:20-CV-233
                      USDC No. 3:21-CV-108
                      USDC No. 3:20-CV-233

Dear Mr. Aguinaga, Mr. Allen, Mr. Blanchfield, Ms. Brown, Ms.
Brungard, Ms. Kappel, Mr. Most, Ms. Pourciau,

Attached is a revised case caption, which should be used on all
future filings in this case.

                      Sincerely,

                      LYLE W. CAYCE, Clerk

                      By:    _Rebecca Andry_____
                      Rebecca Andry, Deputy Clerk
                      504-310-7638

_____

Case No. 25-30644

_____

Joel Giroir, on behalf of himself and all similarly situated individuals,

Plaintiff - Appellee

v.

Gary Westcott, Secretary, Department of Public Safety and Corrections; Louisiana Department of Public Safety and Corrections,

Defendants - Appellants

consolidated with

_____

No. 26-30301

_____

Brian Humphrey, on behalf of himself and all similarly situated individuals; Joel Giroir, on behalf of themselves and all similarly situated individuals; Bryant White, on behalf of themselves and all similarly situated individuals,

Plaintiffs - Appellees

v.

Gary Westcott, Secretary, Department of Public Safety and Corrections, in his official capacity as Secretary of the Louisiana Department of Public Safety & Corrections,

Defendant - Appellant